UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GERALD DEMOTT, JR. and TERRY DEMOTT,

                 Plaintiffs,

vs.

SUMMIT TREESTANDS, LLC,

                 Defendant.

**STIPULATION OF DISCONTINUANCE**

Case No. 3:10-cv-00158

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action and pursuant to FRCP 41, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued against the defendant, with prejudice, on the merits waiving all rights of appeal, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: October 26, 2011

By:

SMITH, SOVIK, KENDRICK & SUGNET, P.C.

_____
Edward J. Smith, III, Esq.
Bar Roll No. 502012
Attorneys for Plaintiff
250 S. Clinton Street, Suite 600
Syracuse, New York 13202

DATED: October ____, 2011         **CLARK HILL, PLC**
                         By:      _____
                                  Milton S. Karfis, Esq.
                                  Bar Roll No. _____
                                  Attorneys for Defendant
                                  500 Woodward Avenue
                                  Suite 3500
                                  Detroit, MI 48226

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: October 27, 2011